## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| Debtors.[1] | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Alamo Drafthouse Cinemas Holdings, LLC and its affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

integral part of, the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and/or the Statements, and inadvertent errors, omissions or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements.

**Reservation of Rights**. Nothing contained in the Schedules and Statements, or these Global Notes, shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date**. On March 3, 2021 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information of the Debtors in the Schedules and Statements and these Global Notes is provided as of March 4, 2021, which is the closest final month-end date to the Petition Date. Debtor Mondo Tees, LLC most recently reported its royalty payments as of December 31, 2020.

**Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

**Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in or excluded from the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Insiders**. Prior to the Petition Date, the Debtors appointed Michael Foreman as the Debtors' independent director. As such, Mr. Foreman has been included on Statement 4.

---

[2]  These Global Notes are in addition to any specific notes that may be contained in the Schedules and Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements, and not to others, should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the other Schedules or Statements, as appropriate.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.      **Current Market Value—Net Book Value**.  In many instances, current market valuations are neither maintained by, nor readily available to, the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value.

b.      **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims related to employee wages, benefits, and reimbursements, claims for taxes and fees, and claims related to their insurance program and customer programs.  Except to the extent that these parties have claims in excess of the authority granted to the Debtors under the First Day Orders, in certain instances, the Debtors may have not included certain claims of this nature in the Schedules and Statements.

c.      **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements.  The Debtors and their estates reserve all of their rights with respect to any such setoffs.

d.      **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs, and recoupments with respect to the same.

e.      **Accounts Receivable**.  The accounts receivable information listed on Schedule A/B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts, which is minimal.

f.      **Leases**.  In the ordinary course of business, the Debtors may lease certain real property, fixtures and equipment from certain third-party lessors for use in the operation of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing

arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

g. **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estate. Rather, the Debtors' executory contracts and unexpired leases have been set forth solely on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors and their estates reserve any and all rights with respect to the assertion of any such claims.

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**.  At the time of the filing of the Schedules and Statements, the Debtors are continuing to reconcile certain accounts payable liabilities.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of the filing of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors and their estates reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, or the characterization of the structure of any transaction, document or instrument related to any such claim.

**Estimates**.  To timely close their books and records, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority," or (c) on Schedule F as "unsecured non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors or their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors or their estates to recharacterize or reclassify any claim or contract.

**Claims Description**.  Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors and their estates that such amount is not "disputed," "contingent" or "unliquidated."  The Debtors and their estates reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on the

Schedules on any grounds, including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim on the Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Schedules.

**Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "**Guaranties**") with respect to the Debtors' contracts and leases may not be included on Schedule H; however, certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and similar agreements may exist. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**Schedule A/B— Assets – Real and Personal Property**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers. The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of action, or in any way prejudice, impair or otherwise affect the assertion of such claims and causes of action.

As applicable, ownership interests in businesses, partnerships, and joint ventures (including any subsidiaries) have been listed in Schedule A/B, Part 4, at net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the listed net book value.

Any leasehold improvements and equipment identified on Schedule A/B, Part 8 are listed net of any depreciation. In addition, for purposes of Schedule A/B, Questions 47 and 50, where a value is stated for equipment, such value is the gross book value set forth on the Debtors' fixed asset ledger.

Patents, trademarks, and other intellectual property is listed on Schedule A/B, Part 10 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

Certain of the Debtors' assets listed in response to Schedule A/B, Question 75 may also be captured in response to Schedule A/B, Part 3.

**Schedule D—Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed

on Schedule D. Moreover, although the Debtors may have scheduled claims of creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses to which such parties may be entitled.

**Schedule E—Creditors Holding Unsecured Priority Claims**. The Debtors have not listed on Schedule E certain tax and priority employee wage and benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during the chapter 11 case pursuant to the authority granted in the relevant First Day Orders. The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F—Creditors Holding Unsecured Non-Priority Claims**. Certain creditors listed on Schedule F may owe amounts to the Debtors; as such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule F. Also, the amounts listed on Schedule F reflect known prepetition claims as of Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

As noted above, certain claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, and the Debtors and their estates reserve all rights with respect to any such claims.

The Debtors have used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtors believe that there are instances in which vendors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Schedule F.

27927056.3

The Debtors may have listed on Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during the chapter 11 case pursuant to the authority granted in the relevant First Day Orders. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule F are entitled to priority claims.

**Schedule G—Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtors enters into various agreements with their customers and vendors. The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, was unable to list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entities are a counterparty to the agreements.

## NOTES FOR STATEMENTS

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors, except for those made to insiders, employees, and bankruptcy professionals. The amounts listed in Statement 3 reflect that Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 7**. The Debtors and their estates reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by

the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings. The Debtors may not have included on Statement 7 certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement 16**. From time to time, the Company collects personally identifiable information ("**PII**") in the nature of customer names, addresses, email addresses, birth dates, or phone numbers, but such PII may not be stored on the Debtors' servers.

**Statement 25**. As described more fully in the *Declaration of Matthew Vonderahe in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 11], on June 13, 2018, the members of Debtor Alamo Drafthouse Cinemas, LLC, along with members and partners of certain entities under common control consummated a recapitalization of ADC and its affiliates (the "**Recapitalization**"). Pursuant to the Recapitalization, certain entities included on Statement 25 were transferred to the Debtors' non-debtor affiliates.

**Statement 26(d)**. From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors. Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties may not be listed in response to this question.

**Statement 27**. Any inventories included on Statement 27 that are dated as of March 5, 2021 reflect the month-end inventories conducted at the applicable Debtor's theater venue(s).

Fill in this information to identify the case:

Debtor          Alamo Mueller, LLC

United States Bankruptcy Court for the:          District of Delaware

Case number          21-10486
(if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $5,786,245.81

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $3,060,152.19

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        $8,846,398.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
    $105,532,396.18

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .
        NOT APPLICABLE

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .
        +          $894,891.21

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b
    $106,427,287.39

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Alamo Mueller, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10486 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. CASH ON HAND** | |
| **3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | |
| **4. OTHER CASH EQUIVALENTS** | |
| **5 Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | NOT APPLICABLE |

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1.  AUSTIN PASTA - 1ST DELIVER DEPOSIT | $500.00 |
| 7.2.  TEXAS COMPTROLLER - GROSS RECEIPTS-REFUND AFRER 2 YEARS | $3,750.00 |
| 7.3.  TEXAS COMPTROLLER - MB BOND REFUND AFTER 2 YEARS | $3,750.00 |

| | Current value of debtor's interest |
|---|---|
| **8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.    PREPAID - IRONEDGE GROUP | $2,088.26 |
| 8.2.    PREPAID - RENT-MUELLER ALDRICH STREET, LLC | $58,076.46 |
| 8.3.    PREPAID - TRAVIS COUNTY TAX OFFICE CITY & COUNTY | $1,391.66 |
| 8.4.    PREPAID - VISTA ENTERTAINMENT | $2,105.44 |

| | |
|---|---|
| **9**  **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $71,661.82 |

**Part 3:    ACCOUNTS RECEIVABLE**

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11.    ACCOUNTS RECEIVABLE** | |
| ACCOUNTS RECEIVABLE      $11,870.65      -      $0.00      =  → | $11,870.65 |
|                                   face amount          doubtful or uncollectable accounts | |

| | |
|---|---|
| **12    Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $11,870.65 |

**Part 4:    INVESTMENTS**

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.    MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15.    NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16.    GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |

| | |
|---|---|
| **17    Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.    DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

(Name)

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** RAW MATERIALS | | | | |
| 19.1.    FOOD AND BEVERAGE ITEMS | | | | UNKNOWN |
| **20.** WORK IN PROGRESS | | | | |
| NONE | | | | |
| **21.** FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| 21.1.    BEVERAGE ITEMS | 3/5/2020 | $20,917.04 | DELIVERED COST | $20,917.04 |
| **22.** OTHER INVENTORY OR SUPPLIES | | | | |
| 22.1.    OTHER | | $28,699.38 | DELIVERED COST | $28,699.38 |
| 22.2.    SUPPLIES | | $3,484.23 | DELIVERED COST | $3,484.23 |
| 22.3.    SUPPLIES | | | | UNKNOWN |

| 23 | Total of Part 5. ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $53,100.65 |
|---|---|---|

**24.** Is any of the property listed in Part 5 perishable?
☐ No
☑ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☑ Yes    Book value _____    Valuation method _____    Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.** DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** CROPS—EITHER PLANTED OR HARVESTED | | | |
| **29.** FARM ANIMALS *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES) (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| **32.** OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.** Is the debtor a member of an agricultural cooperative?
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

36.  Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

38.  **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| 39.1.    FURNITURE & FIXTURES | | BOOK VALUE | $1,132,028.02 |
| **40.  OFFICE FIXTURES** | | | |
| NONE | | | |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    SOFTWARE | | BOOK VALUE | $237,655.54 |
| **42.  COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| 43  Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $1,369,683.56 |
|---|---|

44.  Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☒ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
☐ No
☒ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

46.  **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| NONE | | | |
| **48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**48.** WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

    **NONE**

**49.** AIRCRAFT AND ACCESSORIES

    **NONE**

**50.** OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)

| | | | | |
|---|---|---|---|---|
| 50.1. | MACHINERY & EQUIPMENT - KITCHEN APPLIANCES, PROJECTORS, MEDICAL EQUIPMENT, AUDIO SYSTEMS, ETC | $1,546,355.51 | BOOK - REFER TO GLOBAL NOTE | $1,546,355.51 |

**51** Total of Part 8.
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

    $1,546,355.51

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
  ☒ No
  ☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
  ☒ No
  ☐ Yes

**Part 9:**    REAL PROPERTY

**54.** DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?
  ☐ No. Go to Part 10.
  ☒ Yes. Fill in the information below.

**55.** ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   1911 ALDRICH STREET, STE. 120, AUSTIN, TX 78723; THEATER LOCATION | LEASEHOLD PROPERTY | UNDETERMINED | BOOK VALUE | |
| 55.2.   ARCHITECTURAL IMPROVEMENTS, CARPETING, PROFESSIONAL SERVICES, ETC. | LEASEHOLD IMPROVEMENTS | | BOOK VALUE | $5,786,245.81 |

**56** Total of Part 9.
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

    $5,786,245.81

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
  ☐ No
  ☒ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
  ☐ No
  ☒ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.**    **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
|      NONE | | | |
| **61.**   **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
|      NONE | | | |
| **62.**   **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
|      62.1.    HEALTH/FOOD PERMIT - 11654560 | | COST | $784.00 |
|      62.2.    STATE LIQUOR LICENSE – MB967179 (FB,LB,PE) | | COST | $6,696.00 |
| **63.**   **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
|      NONE | | | |
| **64.**   **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
|      NONE | | | |
| **65.**   **GOODWILL** | | | |
|      NONE | | | |
| **66**   **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | $7,480.00 |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.**    **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**   **NOTES RECEIVABLE** | |
|      DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.**   **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
|      DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.**   **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
|      73.1.    CRC INSURANCE SERVICES | UNKNOWN |

| | | Current value of debtor's interest |
|---|---|---|
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.2. | K&K INSURANCE GROUP INC | UNKNOWN |
| 73.3. | MARSH & MCLENNAN AGENCY LLC | UNKNOWN |
| 73.4. | MHBT INC | UNKNOWN |
| 73.5. | NATIONAL CASUALTY COMPANY | UNKNOWN |
| 73.6. | PRICE FORBES AND PARTNERS LIMITED | UNKNOWN |
| 73.7. | PROFESSIONAL LIABILITY INSURANCE SERVICES INC | UNKNOWN |
| 73.8. | TRAVELERS INDEMNITY COMPANY, THE | UNKNOWN |
| 73.9. | TRAVELERS LLOYDS MANAGEMENT CO | UNKNOWN |
| 73.10. | TRAVELERS PROPERTY CASUALTY CO OF AMERICA | UNKNOWN |
| 73.11. | WNC INSURANCE SERVICES INC | UNKNOWN |
| 73.12. | XL INSURANCE AMERICA INC | UNKNOWN |
| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.** | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNKNOWN |

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $71,661.82 | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | $11,870.65 | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | $53,100.65 | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,369,683.56 | |

| | | | |
|---|---|---|---|
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,546,355.51 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $5,786,245.81 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $7,480.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + UNKNOWN | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $3,060,152.19 | + 91b. $5,786,245.81 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . | | $8,846,398.00 |

| Fill in this information to identify the case: |
|---|

| Debtor | Alamo Mueller, LLC |
|---|---|

| United States Bankruptcy Court for the: | District of Delaware |
|---|---|

| Case number (if known) | 21-10486 |
|---|---|

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **1.  Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name**<br>ACP ALAMO FINANCE, INC.<br><br>**Creditor's mailing address**<br>1580 S MAIN ST<br>STE 102<br>BOERNE, TX  78006<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>TERM LOAN A<br><br>**Describe the lien**<br>SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,240,630.69 | |
| 2.2 | **Creditor's name**<br>ACP ALAMO FINANCE, INC.<br><br>**Creditor's mailing address**<br>1580 S MAIN ST<br>STE 102<br>BOERNE, TX  78006<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>DEVELOPMENT TERM LOAN<br><br>**Describe the lien**<br>SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,140,957.87 | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.3**

Creditor's name
ACP ALAMO FINANCE, INC.

Creditor's mailing address
1580 S MAIN ST
STE 102
BOERNE, TX 78006

Creditor's email address

Date or dates debt was incurred

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes

Describe debtor's property that is subject to a lien
NEW TERM LOANS

Describe the lien
SECURED DEBT

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,253,794.23

---

**2.4**

Creditor's name
ACP ALAMO FINANCE, INC.

Creditor's mailing address
1580 S MAIN ST
STE 102
BOERNE, TX 78006

Creditor's email address

Date or dates debt was incurred

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes

Describe debtor's property that is subject to a lien
REVOLVER

Describe the lien
SECURED DEBT

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,036,448.58

---

**2.5**

Creditor's name
CF ALMO UST LLC

Creditor's mailing address
2709 COMMERCE WAY
PHILADELPHIA, PA 19154

Creditor's email address

Date or dates debt was incurred

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes

Describe debtor's property that is subject to a lien
TERM LOAN A

Describe the lien
SECURED DEBT

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,357,085.96

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.6 | **Creditor's name**<br>CF ALMO UST LLC<br><br>**Creditor's mailing address**<br>2709 COMMERCE WAY<br>PHILADELPHIA, PA 19154<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>DEVELOPMENT TERM LOAN<br><br>**Describe the lien**<br>SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,427,846.13 | |
| 2.7 | **Creditor's name**<br>CF ALMO UST LLC<br><br>**Creditor's mailing address**<br>2709 COMMERCE WAY<br>PHILADELPHIA, PA 19154<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>NEW TERM LOANS<br><br>**Describe the lien**<br>SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,579,074.56 | |
| 2.8 | **Creditor's name**<br>CF ALMO UST LLC<br><br>**Creditor's mailing address**<br>2709 COMMERCE WAY<br>PHILADELPHIA, PA 19154<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>REVOLVER<br><br>**Describe the lien**<br>SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,785,290.48 | |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION<br><br>**Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY 10105<br><br>**Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM<br><br>**Date or dates debt was incurred**<br>1/22/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 2100030659<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |
| 2.10 | **Creditor's name**<br>LEAGUE HOLDINGS, LLC<br><br>**Creditor's mailing address**<br>1405 IROQUOIS CIR<br>BIRMINGHAM, AL 35214-3703<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>TERM LOAN A<br><br>**Describe the lien**<br>SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,727,038.77 |  |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.11**

**Creditor's name**
LEAGUE HOLDINGS, LLC

**Creditor's mailing address**
1405 IROQUOIS CIR
BIRMINGHAM, AL  35214-3703

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
DEVELOPMENT TERM LOAN

**Describe the lien**
SECURED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$800,994.50

**2.12**

**Creditor's name**
LEAGUE HOLDINGS, LLC

**Creditor's mailing address**
1405 IROQUOIS CIR
BIRMINGHAM, AL  35214-3703

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
NEW TERM LOANS

**Describe the lien**
SECURED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$163,538.38

**2.13**

**Creditor's name**
LEAGUE HOLDINGS, LLC

**Creditor's mailing address**
1405 IROQUOIS CIR
BIRMINGHAM, AL  35214-3703

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
REVOLVER

**Describe the lien**
SECURED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$135,188.94

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.14**

**Creditor's name**
THUNDERBIRD BROTHERS LLC

**Creditor's mailing address**
1501 OAKTON ST
ELK GROVE VILLAGE, IL 60007

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
TERM LOAN A

**Describe the lien**
SECURED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,151,359.20

---

**2.15**

**Creditor's name**
THUNDERBIRD BROTHERS LLC

**Creditor's mailing address**
1501 OAKTON ST
ELK GROVE VILLAGE, IL 60007

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
DEVELOPMENT TERM LOAN

**Describe the lien**
SECURED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$533,996.34

---

**2.16**

**Creditor's name**
THUNDERBIRD BROTHERS LLC

**Creditor's mailing address**
1501 OAKTON ST
ELK GROVE VILLAGE, IL 60007

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
NEW TERM LOANS

**Describe the lien**
SECURED DEBT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$109,025.59

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.17 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $90,125.96 |
|---|---|---|---|
| | THUNDERBIRD BROTHERS LLC | REVOLVER | |
| | **Creditor's mailing address** | **Describe the lien** | |
| | 1501 OAKTON ST | SECURED DEBT | |
| | ELK GROVE VILLAGE, IL  60007 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | |
| | **Date or dates debt was incurred** | ☑ No | |
| | | ☐ Yes | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | |
| | **Do multiple creditors have an interest in the same property?** | ☑ No | |
| | ☑ No | ☐ Yes | |
| | ☐ Yes | **As of the petition filing date, the claim is:** | |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

| Debtor | Alamo Mueller, LLC | Case Number *(if known)* | 21-10486 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| LANDIS RATH & COBBS LLP<br>(COUNSEL TO CF ALMO UST LLC)<br>ATTN: ADAM G LANDIS, M. MCGUIRE & N. JENNER<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE  19801 | Line 2.5 | |
| LANDIS RATH & COBBS LLP<br>(COUNSEL TO CF ALMO UST LLC)<br>ATTN: ADAM G LANDIS, M. MCGUIRE & N. JENNER<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE  19801 | Line 2.6 | |
| LANDIS RATH & COBBS LLP<br>(COUNSEL TO CF ALMO UST LLC)<br>ATTN: ADAM G LANDIS, M. MCGUIRE & N. JENNER<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE  19801 | Line 2.7 | |
| LANDIS RATH & COBBS LLP<br>(COUNSEL TO CF ALMO UST LLC)<br>ATTN: ADAM G LANDIS, M. MCGUIRE & N. JENNER<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE  19801 | Line 2.8 | |
| LANDIS RATH & COBBS LLP<br>(COUNSEL TO FORTRESS CREDIT CORP.)<br>ATTN: ADAM G LANDIS, M. MCGUIRE & N. JENNER<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE  19801 | Line 2.9 | |

| Debtor | Alamo Mueller, LLC | Case Number *(if known)* | 21-10486 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| LOCKE LORD LLP<br>(COUNSEL TO THUNDERBIRD)<br>ATTN: JACK E. JACCOBSEN<br>2200 ROSS AVE STE 2800<br>DALLAS, TX  75201 | Line 2.14 | |
| LOCKE LORD LLP<br>(COUNSEL TO THUNDERBIRD)<br>ATTN: JACK E. JACCOBSEN<br>2200 ROSS AVE STE 2800<br>DALLAS, TX  75201 | Line 2.15 | |
| LOCKE LORD LLP<br>(COUNSEL TO THUNDERBIRD)<br>ATTN: JACK E. JACCOBSEN<br>2200 ROSS AVE STE 2800<br>DALLAS, TX  75201 | Line 2.16 | |
| LOCKE LORD LLP<br>(COUNSEL TO THUNDERBIRD)<br>ATTN: JACK E. JACCOBSEN<br>2200 ROSS AVE STE 2800<br>DALLAS, TX  75201 | Line 2.17 | |
| McGINNIS LOCHRIDGE<br>(COUNSEL TO LEAGUE HOLDINGS, LLC)<br>ATTN: ED MCHORSE<br>600 CONGRESS STREET, SUITE 2100<br>AUSTIN, TX  78701 | Line 2.10 | |

Form 206D          Official Part 2 of   **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Alamo Mueller, LLC | Case Number *(if known)* | 21-10486 |
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| McGINNIS LOCHRIDGE<br>(COUNSEL TO LEAGUE HOLDINGS, LLC)<br>ATTN: ED MCHORSE<br>600 CONGRESS STREET, SUITE 2100<br>AUSTIN, TX  78701 | Line 2.11 | |
| McGINNIS LOCHRIDGE<br>(COUNSEL TO LEAGUE HOLDINGS, LLC)<br>ATTN: ED MCHORSE<br>600 CONGRESS STREET, SUITE 2100<br>AUSTIN, TX  78701 | Line 2.12 | |
| McGINNIS LOCHRIDGE<br>(COUNSEL TO LEAGUE HOLDINGS, LLC)<br>ATTN: ED MCHORSE<br>600 CONGRESS STREET, SUITE 2100<br>AUSTIN, TX  78701 | Line 2.13 | |
| PROSKAUER ROSE LLP<br>(COUNSEL TO FORTRESS CREDIT CORP.)<br>ATTN: BROOKE H. BLACKWELL<br>70 WEST MADISON, SUITE 3800<br>CHICAGO, IL  60602 | Line 2.9 | |
| PROSKAUER ROSE LLP<br>(COUNSEL TO FORTRESS CREDIT CORP.)<br>ATTN: CHARLES A. DALE<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA  02110 | Line 2.9 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mueller, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10486</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>ABC HOME & COMMERCIAL SERVICES<br>9475 E HIGHWAY 290<br>AUSTIN, TX  78724-2303<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $811.88 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>AMY'S ICE CREAM<br>1101 W ANDERSON LN<br>AUSTIN, TX  78757<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $432.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>COZZINI BROS., INC.<br>350 HOWARD AVE<br>DES PLAINES, IL  60018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $149.40 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.4** **Nonpriority creditor's name and mailing address**
DARLING PROMO
PO BOX 27619
AUSTIN, TX 78755

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$88.77

---

**3.5** **Nonpriority creditor's name and mailing address**
DELUXE ECHOSTAR LLC
FILE 56477
LOS ANGELES, CA 90074-6477

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$719.10

---

**3.6** **Nonpriority creditor's name and mailing address**
DIGI INTERNATIONAL, INC.
PO BOX 851399
MINNEAPOLIS, MN 55485-1399

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.00

---

**3.7** **Nonpriority creditor's name and mailing address**
ECOLAB
PO BOX 70343
CHICAGO, IL 60673-0343

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$131.05

---

**3.8** **Nonpriority creditor's name and mailing address**
ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.20

| **Part 2:** | Additional Page |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ESI HOSTED SERVICES<br>3701 E PLANO PKWY SUITE 100<br>PLANO, TX  75074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $791.14 |

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>GLASS ELEPHANT ENTERTAINMENT LLC<br>13105 SHAWNEE DR<br>MANACHACA, TX  78652<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $350.00 |

| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>LOOMIS<br>DEPT 0757, PO BOX 120001<br>DALLAS, TX  75312-0757<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $700.51 |

| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>MISSION RESTAURANT SUPPLY<br>PO BOX 10310<br>SAN ANTONIO, TX  78210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,927.91 |

| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>MMP<br>MAGELLAN MIDSTREAM PARTENRS LP<br>ONE WILLIAMS CENTER<br>TULSA, OK  74172<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.05 |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.14** | **Nonpriority creditor's name and mailing address**

MUELLER ALDRICH STREET, LLC
C/O SAUL EWING ARNSTEIN & LEHR LLP
ATTN: MARK MINUTI
1201 N. MARKET STREET, SUITE 2300
WILMINGTON, DE  19801-1266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$830,552.98

---

**3.15** | **Nonpriority creditor's name and mailing address**

MUELLER ALDRICH STREET, LLC
C/O SAUL EWING ARNSTEIN & LEHR LLP
ATTN: MARK MINUTI
1201 N. MARKET STREET, SUITE 2300
WILMINGTON, DE  19801-1266

**Date or dates debt was incurred**

9/23/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.16** | **Nonpriority creditor's name and mailing address**

PRINT GLOBE
3500 COMSOUTH DR, STE 100
AUSTIN, TX  78744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,722.61

---

**3.17** | **Nonpriority creditor's name and mailing address**

RESTAURANT TECHNOLOGIES INC
12962 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$689.02

---

**3.18** | **Nonpriority creditor's name and mailing address**

SEGOVIA PRODUCE, LTD
4618 EAST 7TH STREET
AUSTIN, TX  78702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,968.84

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>SONY ELECTRONICS INC<br>1 SONY DR<br>PARK RIDGE, NJ  07656<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,424.39 |
| --- | --- | --- | --- |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHWASTE DISPOSAL LLC<br>PO BOX 53988<br>LAFAYETTE, LA  70505-3988<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $378.88 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>TEXAS COFFEE TRADERS<br>1400 E 4TH ST<br>AUSTIN, TX  78702-3808<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $489.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>TIME WARNER CABLE<br>C/O SPECTRUM<br>ATTN: BANKRUPTCY DEPT<br>1600 DUBLIN RD<br>COLUMBUS, OH  43215<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,839.64 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>TOP HAT PREVISIONS, LLC<br>1 SOUTH PARK ST., UNIT 205<br>SAN FRANCISCO, CA  94107<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $384.00 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.24**

**Nonpriority creditor's name and mailing address**

USFOODS
DEPT 597
DENVER, CO  80271

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,252.84

---

**3.25**

**Nonpriority creditor's name and mailing address**

ZILKER BREWING
1701 E. 6TH STREET
AUSTIN, TX  78702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.00

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims | |
|---|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | 5b. | + | $894,891.21 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $894,891.21 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Mueller, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10486 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY | CIGNA<br>900 COTTAGE GROVE ROAD<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY | MARSH & MCLENNAN AGENCY LLC<br>8144 WALNUT HILL LN, STE 1600<br>DALLAS, TX 75231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY | MARSH & MCLENNAN AGENCY LLC<br>8144 WALNUT HILL LN, STE 1600<br>DALLAS, TX 75231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY | MARSH & MCLENNAN AGENCY LLC<br>8144 WALNUT HILL LN, STE 1600<br>DALLAS, TX 75231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | PRENEOGITIATION LETTER AGREEMENT DTD 6/22/2020 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC 4550 MUELLER BLVD AUSTIN, TX  78723 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | REINSTATEMENT AND SECOND AMENDMENT TO RETAIL LEASE AMENDS AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC 4550 MUELLER BLVD AUSTIN, TX  78723 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION AGREEMENT, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ESTOPPEL, ATTORNMENT & NON-DISTURBANCE AGREEMENT DTD 1/6/2016 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC 4550 MUELLER BLVD AUSTIN, TX  78723 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION AGREEMENT, ACKNOWLEDGMENT RESULTS OF LEASE ASSIGNMENT, ATTORNMENT AND NON-DISCTURBANCE AGREEMENT RE: LEASE DTD 8/7/2015; LOAN# 1019462 | MUELLER ALDRICH STREET LLC 4550 MUELLER BLVD AUSTIN, TX  78723 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION AGREEMENT, ACKNOWLEDGMENT RESULTS OF LEASE ASSIGNMENT, ATTORNMENT AND NON-DISTURBANCE AGREEMENT RE: LEASE DTD 8/7/2015; LOAN# 1019462 | MUELLER ALDRICH STREET LLC ATTN C WILLIAM HOSLER 66 FRANKLIN ST, STE 200 OAKLAND, CA  94607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATION AGREEMENT, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ESTOPPEL, ATTORNMENT & NON-DISTURBANCE AGREEMENT DTD 1/6/2016 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>ATTN CFO<br>66 FRANKLIN ST, STE 200<br>OAKLAND, CA  94607 |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LANDLORD ESTOPPEL DTD 5/1/2018 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>C/O ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>ATTN SANDRA A JACOBSON ESQ<br>1900 MAIN ST, 5TH FL<br>IRVINE, CA  92614-7321 |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>C/O ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>ATTN SANDRA A JACOBSON ESQ<br>1900 MAIN ST, 5TH FL<br>IRVINE, CA  92614-7321 |
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LANDLORD ESTOPPEL DTD 5/1/2018 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>C/O CATELLUS DEVELOPMENT CORPORATION<br>ATTN CFO<br>66 FRANKLIN ST, STE 200<br>OAKLAND, CA  94607 |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>C/O CATELLUS DEVELOPMENT CORPORATION<br>ATTN CFO<br>66 FRANKLIN ST, STE 200<br>OAKLAND, CA  94607 |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LANDLORD ESTOPPEL DTD 5/1/2018 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>C/O CATELLUS DEVELOPMENT CORPORATION<br>ATTN EXECUTIVE VP<br>4550 MUELLER BLVD<br>AUSTIN, TX  78723 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | MUELLER ALDRICH STREET LLC<br>C/O CATELLUS DEVELOPMENT CORPORATION<br>ATTN EXECUTIVE VP<br>4550 MUELLER BLVD<br>AUSTIN, TX 78723 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT MASTER LICENSE AGREEMENT | PARAMOUNT PICTURES CORPORATION<br>ATTN STEVE GARRETT<br>5555 MELROSE AVE<br>HOLLYWOOD, CA 90038 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY | TRAVELERS INDEMNITY COMPANY, THE<br>ONE TOWER SQ<br>HARTFORD, CT 06183 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY | TRAVELERS INDEMNITY COMPANY, THE<br>ONE TOWER SQ<br>HARTFORD, CT 06183 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY | TRAVELERS INDEMNITY COMPANY, THE<br>ONE TOWER SQ<br>HARTFORD, CT 06183 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY | TRAVELERS LLOYDS MANAGEMENT CO<br>ONE TOWER SQ<br>HARTFORD, CT 06183 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY AGREEMENT DTD 6/14/2018 | TWENTIETH CENTURY FOX FILM CORPORATION<br>23975 PARK SORRENTO, STE 300<br>CALABASAS, CA  91302 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY AGREEMENT DTD 8/28/2018 | WARNER BROS PICTURES DOMESTIC<br>ATTN CONNIE MINNETT<br>4000 WARNER BLVD<br>BURBANK, CA  91522 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTY AGREEMENT DTD 8/28/2018 | WARNER BROS PICTURES DOMESTIC<br>ATTN JENNIFER AMAYA<br>4000 WARNER BLVD<br>BURBANK, CA  91522 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATION AGREEMENT, ACKNOWLEDGMENT RESULTS OF LEASE ASSIGNMENT, ATTORNMENT AND NON-DISCTURBANCE AGREEMENT RE: LEASE DTD 8/7/2015; LOAN# 1019462 | WELLS FARGO BANK NA<br>ATTN JACKIE DESIMONE<br>CRE- SF BLUE (AU #2961)<br>1510 ARDEN WAY, STE 202<br>SACRAMENTO, CA  95815 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATION AGREEMENT, ACKNOWLEDGMENT RESULTS OF LEASE ASSIGNMENT, ATTORNMENT AND NON-DISCTURBANCE AGREEMENT RE: LEASE DTD 8/7/2015; LOAN# 1019462 | WELLS FARGO BANK NA<br>ATTN MINNEAPOLIS LOAN CTR; ANDREW DOUGLAS<br>600 S 4TH ST, 9TH FL<br>MAC N9303-110<br>MINNEAPOLIS, MN  55415 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATION AGREEMENT, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ESTOPPEL, ATTORNMENT & NON-DISTURBANCE AGREEMENT DTD 1/6/2016 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015 | WELLS FARGO BANK NA<br>ATTN VICKI WOOTEN<br>420 MONTGOMERY ST, 6TH FL<br>SAN FRANCISCO, CA  94104 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.28 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SUBORDINATION AGREEMENT, ACKNOWLEDGEMENT OF LEASE ASSIGNMENT, ESTOPPEL, ATTORNMENT & NON-DISTURBANCE AGREEMENT DTD 5/1/2016 RE: REAL ESTATE LEASE AGREEMENT RE: 1911 ALDRICH ST STE 120 AT MUELLER IN AUSTIN, TEXAS 78723 DTD 8/7/2015<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WELLS FARGO BANK NA<br>ATTN VICKI WOOTEN<br>420 MONTGOMERY ST, 6TH FL<br>SAN FRANCISCO, CA  94104 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mueller, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10486</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☒ Yes. |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | ALAMO ASPEN GROVE, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | ALAMO ASPEN GROVE, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | CF ALMO UST LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | ALAMO ASPEN GROVE, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | ALAMO ASPEN GROVE, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | THUNDERBIRD BROTHERS<br>LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | ALAMO AVENUE B, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | ALAMO AVENUE B, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | CF ALMO UST LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.7 | ALAMO AVENUE B, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | ALAMO AVENUE B, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | THUNDERBIRD BROTHERS<br>LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | ALAMO CINEMA GROUP I<br>GP, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | ALAMO CINEMA GROUP I<br>GP, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | CF ALMO UST LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.11 | ALAMO CINEMA GROUP I<br>GP, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☒ D<br>☐ E/F<br>☐ G |

(Name)                                                                    Case number (if known)  21-10486

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | ALAMO CINEMA GROUP I GP, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | ALAMO CINEMA GROUP I, LP | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | ALAMO CINEMA GROUP I, LP | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | CF ALMO UST LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | ALAMO CINEMA GROUP I, LP | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | ALAMO CINEMA GROUP I, LP | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | ALAMO CITY FOUNDRY, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | ALAMO CITY FOUNDRY, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | CF ALMO UST LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | ALAMO CITY FOUNDRY, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | ALAMO CITY FOUNDRY, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | ALAMO CITY POINT, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | ALAMO CITY POINT, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | CF ALMO UST LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.23 | ALAMO CITY POINT, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | ALAMO CITY POINT, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | ALAMO DH ANDERSON LANE, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | ALAMO DH ANDERSON LANE, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | CF ALMO UST LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | ALAMO DH ANDERSON LANE, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | ALAMO DH ANDERSON LANE, LLC | 3908 AVENUE B<br>AUSTIN, TX  78751<br>UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.29 | ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.30 | ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.31 | ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.33 | ALAMO DRAFTHOUSE CINEMAS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.34 | ALAMO DRAFTHOUSE CINEMAS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | ALAMO DRAFTHOUSE CINEMAS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.36 | ALAMO DRAFTHOUSE CINEMAS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.37 | ALAMO DRAFTHOUSE RALEIGH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.38 | ALAMO DRAFTHOUSE RALEIGH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.39 | ALAMO DRAFTHOUSE RALEIGH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.40 | ALAMO DRAFTHOUSE RALEIGH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.41 | ALAMO LAKELINE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.42 | ALAMO LAKELINE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.43 | ALAMO LAKELINE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.44 | ALAMO LAKELINE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.45 | ALAMO LEAGUE INVESTMENTS GP, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.46 | ALAMO LEAGUE INVESTMENTS GP, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.47 | ALAMO LEAGUE INVESTMENTS GP, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.48 | ALAMO LEAGUE INVESTMENTS GP, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.49 | ALAMO LEAGUE INVESTMENTS, LTD. | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.50 | ALAMO LEAGUE INVESTMENTS, LTD. | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.51 | ALAMO LEAGUE INVESTMENTS, LTD. | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.52 | ALAMO LEAGUE INVESTMENTS, LTD. | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.53 | ALAMO LIBERTY, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.54 | ALAMO LIBERTY, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.55 | ALAMO LIBERTY, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.56 | ALAMO LIBERTY, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | ALAMO MAINSTREET, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.58 | ALAMO MAINSTREET, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.59 | ALAMO MAINSTREET, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.60 | ALAMO MAINSTREET, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.61 | ALAMO MARKETPLACE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.62 | ALAMO MARKETPLACE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.63 | ALAMO MARKETPLACE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.64 | ALAMO MARKETPLACE, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.65 | ALAMO MISSION, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.66 | ALAMO MISSION, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.67 | ALAMO MISSION, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.68 | ALAMO MISSION, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.69 | ALAMO NORTH SA, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.70 | ALAMO NORTH SA, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.71 | ALAMO NORTH SA, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | ALAMO NORTH SA, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | ALAMO PARK NORTH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.74 | ALAMO PARK NORTH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | ALAMO PARK NORTH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.76 | ALAMO PARK NORTH, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | ALAMO RITZ, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.78 | ALAMO RITZ, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.79 | ALAMO RITZ, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |

(Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.80 | ALAMO RITZ, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.81 | ALAMO SATOWN, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.82 | ALAMO SATOWN, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.83 | ALAMO SATOWN, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.84 | ALAMO SATOWN, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.85 | ALAMO SLAUGHTER LANE GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.86 | ALAMO SLAUGHTER LANE GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.87 | ALAMO SLAUGHTER LANE GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.88 | ALAMO SLAUGHTER LANE GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.89 | ALAMO SLAUGHTER LANE, LTD. | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.90 | ALAMO SLAUGHTER LANE, LTD. | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.91 | ALAMO SLAUGHTER LANE, LTD. | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.92 | ALAMO SLAUGHTER LANE, LTD. | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.93 | ALAMO SLOANS, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.94 | ALAMO SLOANS, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.95 | ALAMO SLOANS, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.96 | ALAMO SLOANS, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.97 | ALAMO SOUTH LAMAR GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.98 | ALAMO SOUTH LAMAR GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.99 | ALAMO SOUTH LAMAR GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.100 | ALAMO SOUTH LAMAR GP, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.101 | ALAMO SOUTH LAMAR, LP | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.102 | ALAMO SOUTH LAMAR, LP | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.103 | ALAMO SOUTH LAMAR, LP | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.104 | ALAMO SOUTH LAMAR, LP | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.105 | ALAMO STATEN ISLAND, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.106 | ALAMO STATEN ISLAND, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.107 | ALAMO STATEN ISLAND, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.108 | ALAMO STATEN ISLAND, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.109 | ALAMO STONE OAK, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.110 | ALAMO STONE OAK, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.111 | ALAMO STONE OAK, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.112 | ALAMO STONE OAK, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | ALAMO VINELAND, LLC | 3908 AVENUE B AUSTIN, TX  78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.114 | ALAMO VINELAND, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | ALAMO VINELAND, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | ALAMO VINELAND, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.117 | ALAMO WESTLAKES, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.118 | ALAMO WESTLAKES, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.119 | ALAMO WESTLAKES, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.120 | ALAMO WESTLAKES, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.121 | ALAMO WESTMINSTER, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.122 | ALAMO WESTMINSTER, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.123 | ALAMO WESTMINSTER, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.124 | ALAMO WESTMINSTER, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.125 | ALAMO YONKERS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.126 | ALAMO YONKERS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |
| 2.127 | ALAMO YONKERS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D ☐ E/F ☐ G |
| 2.128 | ALAMO YONKERS, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D ☐ E/F ☐ G |
| 2.129 | MONDO TEES, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | ACP ALAMO FINANCE, INC. | ☑ D ☐ E/F ☐ G |
| 2.130 | MONDO TEES, LLC | 3908 AVENUE B AUSTIN, TX 78751 UNITED STATES | CF ALMO UST LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.131 | MONDO TEES, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | LEAGUE HOLDINGS, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.132 | MONDO TEES, LLC | 3908 AVENUE B<br>AUSTIN, TX 78751<br>UNITED STATES | THUNDERBIRD BROTHERS LLC | ☑ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mueller, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10486</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/31/2021
   MM / DD / YYYY

✖ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor